DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEBORAH TISDALE PRESTON,**
Appellant,

v.

**EDWARD PRESTON,** as the Personal Representative of the Estate of
**LAWRENCE IRA PRESTON,**
Appellee.

No. 4D2025-1885

[July 30, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Natasha DePrimo, Judge; L.T. Case No. 062012DR014347AXXXCE.

Deborah Tisdale Preston, Red Level, Alabama, pro se.

Karen B. Weintraub and Makayla M. Jacmacjian of Sidweber & Weintraub, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

SHEPHERD, LOTT, JJ., and COATES, JR., HOWARD K., Associate Judge, concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***